IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE GRAFFAGNINO,<br><br>           Petitioner,<br><br>   vs.<br><br>BEN CURRY, Warden,<br><br>           Respondent. | No. C 07-3729 JSW (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

      This is a petition for a writ of habeas corpus brought pro se by a state prisoner pursuant to 28 U.S.C. § 2254, filed on July 19, 2007. However, it appears that Petitioner inadvertently filed two petitions, as the Court has examined an earlier petition, filed under Case No. C 07-3728 JSW (PR), and found that it is identical to this one.

      Accordingly, the instant petition is DISMISSED and the earlier petition will remain open. Petitioner is advised that he must include the proper docket number from that case, C 07-3728 JSW (PR), on all future correspondence with the Court related to this matter. The Clerk shall close the file and enter judgment in this matter.

      IT IS SO ORDERED.

DATED: August 3, 2007

_Jeffrey S. White_
JEFFREY S. WHITE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SALVATORE GRAFFAGNINO,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
                                  /

Case Number: CV07-03729 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salvatore Graffagnino
E89844
P.O. Box 705
Soledad, CA 93960-0705

Dated: August 3, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk